UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-20281-CR-MARTINEZ/BECERRA

UNITED STATES OF AMERICA

        Plaintiff,
vs.

ALLAN LUCAS,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S**
**REPORT AND RECOMMENDATION ON CHANGE OF PLEA**

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Jacqueline Becerra on February 1, 2023 [DE: 86]. A Report and Recommendation was filed on February 6, 2023, recommending that the Defendant's plea of guilty be accepted [DE: 90]. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 90] of United States Magistrate Judge Jacqueline Becerra, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Counts 1, 2, 3, 4, 5, and 6 of the Indictment. Count 1 charges Defendant with Conspiracy to Commit Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951(a). Counts 2, 3, 4, 5, and 6 charge Defendant with Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951(a). The Defendant acknowledged that he understood the statutory penalties that apply in his case.

Sentencing has been set in this matter on **Monday, April 3, 2023, at 11:30 a.m.,** before the Honorable District Judge Jose E. Martinez, at the Wilkie D. Ferguson, United States

Courthouse, 400 N. Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of February, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Jacqueline Becerra
All Counsel of Record
U.S. Probation Office